**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 08-16329-BP |
| | : | Chapter 7; Judge PERLMAN |
| MART, GREGORY ALLEN | : | SSN:    XXX-XX-0186 |
| MART, AMY MICHELLE | : |           XXX-XX-1604 |
| Debtor. | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.20 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| GE Money Bank, | | |
| Dba Lowes Consumer | | |
|   25  SE 2nd Ave. Suite 1120, Cincinnati, OH  45202 | 4 | $3.20 |
|   26 | | |
| Total Unclaimed/Small Dividends $5.00 or Under | | Total Unclaimed Dividends Over $5.00 |
| $3.20 | | $0.00 |

|  |  |
|---|---|
| 9/2/09 | /s/  David W Kuhn |
| Dated:_____ | _____ |
| | DAVID W. KUHN, Case Trustee |

cc:     United States Trustee